# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NERY JEREZ-TOCO, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-77 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TRACY JOHNS; GEO GROUP, INC.; GEORGE ZOLEY; and CHARLES SAMUELS, | * | |
| | * | |
| Respondents. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13, to which Petitioner Nery Jerez-Toco ("Jerez-Toco") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DIMISSES** Geo Group, Inc., George Zoley, and Charles Samuels as named Respondents. In addition, the Court **DENIES** Jerez-Toco's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and **DENIES** Jerez-Toco *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 23 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)